UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                    CASE NUMBER:   3:95-CR-31-RM
                                                               3:12-CR-57-RM

MICHAEL LEROY JOHNSON

    Defendant.

_____/

## SENTENCING MEMORANDUM

Defendant, Michael Johnson admits that he left the Northern District of Indiana without permission from the Probation Department. He also admits that he failed to file monthly written reports for the months of February through May, 2012. He additionally admits that he failed to provide notice to Probation of his employment as a truck driver for Western Express.

When Mr. Johnson was released from prison, he vowed that he would change his life course. He refused numerous opportunities to make easy money by selling drugs. He refused numerous opportunities to get back into the drug business. Mr. Johnson also became more involved in his children's lives.

Shortly after his release from prison, he was diagnosed with lymphoma (a type of cancer) in his right eye. His eye was saved; however, he lost 20% of his visual ability in his right eye. Additionally, he suffered from a problem with his kidneys.

Finding work after his release from prison was a struggle. He first found employment with an axel manufacturer in Elkhart. Unfortunately, he was let go because he wasn't fast enough at his job. During this time, he managed to get by with food stamps (since 2011). He moved in with his children but wanted to earn his keep. He then found work with a trucking company. He admits that he failed to notify Probation. His reason for not telling Probation was that he knew that Probation would call the trucking company and his past felony convictions would have disqualified him for driving jobs.

Mr. Johnson's employment as a truck driver driving cross country abled him to pay for his granddaughter's fee at Marion High School. This enabled her to graduate with her class.

Mr. Johnson claims that he chose to go straight. He could have made money selling drugs, however, he chose not to. He states "it was hard but he went straight, he has not possessed or used drugs since that decision in 1995."

Mr. Johnson's driving has taken him from coast to coast. He loves driving and looks forward to being able to do so again in the near future. Mr. Johnson also has worked for MAP Company on Anderson Road in Mishawaka, Indiana. He soon will be employed as a truck driver for the food bank. He will be traveling a six (6) county area.

Counsel concedes that Mr. Johnson was not a model supervised releasee. However, he has remained drug free. He has had a good record of employment and is dedicated to turning his life around.

Mr. Johnson's guideline range is 5 to 11 months. Defendant requests that his supervised release be extended. This court has consistently stated that its decisions on supervised release must reflect that many people on supervised release struggle to comply. Even though Mr. Johnson has struggled, he has endured that he has been drug free and crime free while on supervised release.

Mr. Johnson's secured employment driving a truck was supposed to have already begun. Counsel requests that Mr. Johnson serve as a model of success and challenge others to emulate his success. As stated by Defendant himself "Let me work."

Dated:   July 24, 2012

                         Northern District of Indiana
                         Federal Community Defenders, Inc.

                         By:     /s/ Robert D. Truitt
                            Robert D. Truitt
                            227 S. Main Street, Suite 100
                            South Bend, IN 46601
                            Phone:   (574) 245-7393
                            Fax:   (574) 245-7394
                            eMail: bob_truitt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012   I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Barbara Z. Brook**, Assistant United States Attorney.

                         /s/ Robert D. Truitt
                         Robert D. Truitt,
                         Northern District of Indiana
                         Federal Community Defenders, Inc.